IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY RAY RIVERA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 16-5003** |
| | : | |
| **JOSHUA HOBSON** | : | |

# ORDER

**AND NOW**, this 11th day of January 2019, upon considering Plaintiff's Proposed Jury Instructions (ECF Doc. No. 65), Defendant's Proposed Jury Instructions (ECF Doc. No. 63), counsels' thoughtful argument during our January 8, 2019 final pre-trial conference consistent with our January 7, 2019 Order (ECF Doc. No. 95) on the burden of proof with regard to governmental immunity under 42 Pa. C.S.A. §§ 8541, 8542, and for reasons in the accompanying Memorandum, it is **ORDERED** we will instruct the jury the burden of proof to avoid the Commonwealth's grant of governmental immunity based on a vehicle exception remains with the Plaintiff by a preponderance of the evidence.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**KEARNEY, J.**